ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2025

at ____ o'clock and 25 min. P M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR CR25-00135 SASP |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. §§ 922(g)(1) and 924(a)(8)] |
| EDDIE NAVARRO, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about August 9, 2023, in the District of Hawaii, EDDIE NAVARRO, the defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess ammunition, namely four rounds of 9mm caliber ammunition, with said ammunition having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Forfeiture Notice

1.	All allegations contained in the sole count of this Indictment are realleged for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.	The United States hereby gives notice to EDDIE NAVARRO, the defendant, that upon conviction of the offenses charged in the sole count of this Indictment, the United States will seek forfeiture, in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any firearms involved in or used in the offense, including but not limited to a privately-manufactured firearm containing a standard-capacity

magazine loaded with four bullets, seized on August 9, 2023.

DATED: December 11, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
United States Attorney
District of Hawaii

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. EDDIE NAVARRO.
Indictment
Case. No. CR CR25-00135 SASP

3